IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

STATE OF FLORIDA; FLORIDA AGENCY FOR HEALTH CARE ADMINISTRATION; FLORIDA DEPARTMENT OF MANAGEMENT SERVICES; CATHOLIC MEDICAL ASSOCIATION, on behalf of its current and future members,

    *Plaintiffs*,

v.

DEPARTMENT OF HEALTH AND HUMAN SERVICES; ROBERT F. KENNEDY, JR., in his official capacity as Secretary of the Department of Health and Human Services; ANTHONY ARCHEVAL, in his official capacity as the Acting Director of the Office for Civil Rights; CENTERS FOR MEDICARE AND MEDICAID SERVICES; STEPHANIE CARLTON, in her official capacity as Acting Administrator of the Centers for Medicare and Medicaid Services,

    *Defendants*.

No. 8:24-cv-1080-WFJ-TGW

**PLAINTIFFS' NOTICE OF APPEAL**

Plaintiffs State of Florida, Florida Agency for Health Care Administration, Florida Department of Management Services, and Catholic Medical Association appeal to the United States Court of Appeals for the Eleventh Circuit from the District Court's order "dismiss[ing] this case without prejudice as moot and not capable of repetition within any reasonable time frame," ECF No. 79, entered in this action on the 9th day of June 2025.

1

|  | Respectfully submitted, |
|---|---|
| JAMES UTHMEIER<br>ATTORNEY GENERAL<br><br>JOHN GUARD<br>CHIEF DEPUTY ATTORNEY GENERAL<br><br>JEFFREY DESOUSA<br>ACTING SOLICITOR GENERAL<br><br>/S/ ALLEN L. HUANG<br>ALLEN L. HUANG*<br>DEPUTY SOLICITOR GENERAL<br>Florida Bar No. 1045396<br><br>Office of the Attorney General<br>The Capitol, Pl-01<br>Tallahassee, Florida 32399-1050<br>(850) 414-3300<br>(850) 410-2672 (fax)<br>Allen.Huang@myfloridalegal.com<br><br>* Lead Counsel<br>Counsel for the State of Florida<br><br>/S/ MATTHEW S. BOWMAN<br>MATTHEW S. BOWMAN (pro hac vice)<br>Alliance Defending Freedom<br>440 First Street NW, Suite 600<br>Washington, DC 20001<br>(202) 393-8690<br>(202) 347-3622 (fax)<br>mbowman@ADFlegal.org<br><br>JULIE MARIE BLAKE (pro hac vice)*<br>Alliance Defending Freedom<br>44180 Riverside Parkway<br>Lansdowne, Virginia 20176<br>(571) 707-4655<br>(571) 707-4790 (fax)<br>jblake@ADFlegal.org | /S/ JAMES R. CONDE<br>R. TRENT MCCOTTER (pro hac vice)<br>JAMES R. CONDE (pro hac vice)*<br>Boyden Gray PLLC<br>800 Connecticut Ave NW, Suite 900<br>Washington, DC 20006<br>(202) 706-5488<br>tmccotter@boydengray.com<br>jconde@boydengray.com<br><br>* Lead Counsel<br>Counsel for Agency for Health Care<br>Administration & Florida Department of<br>Management Services<br><br>ANDREW T. SHEERAN<br>GENERAL COUNSEL<br>Florida Bar No. 0030599<br>Agency for Health Care Administration<br>2727 Mahan Drive, Mail Stop #3<br>Tallahassee, Florida 32308<br>(850) 412-3670<br>Andrew.Sheeran@ahca.myflorida.com<br><br>Counsel for Agency for Health Care<br>Administration<br><br>KRISTEN LARSON<br>GENERAL COUNSEL<br>Florida Bar No. 124770<br>Florida Department of Management<br>Services<br>4050 Esplanade Way<br>Tallahassee, Florida 32399<br>(850) 922-2137<br>Kristen.Larson@dms.fl.gov<br><br>Counsel for Florida Department of<br>Management Services |

David A. Cortman
Florida Bar No. 18433
Alliance Defending Freedom
1000 Hurricane Shoals Road NE, Suite D1100
Lawrenceville, Georgia 30043
(770) 339-0774
(770) 339-6744 (fax)
dcortman@ADFlegal.org

*Lead Counsel*
*Counsel for Plaintiff Catholic Medical Association*

3

## CERTIFICATE OF SERVICE

I hereby certify that on June 16, 2025, a true and correct copy of the foregoing was filed with the Court's CM/ECF system, which will provide service to all parties who have registered with CM/ECF and filed an appearance in this action.

*/s/ James R. Conde*
James R. Conde