# IN THE UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

STATE OF FLORIDA, et al.
            *Appellants*,

v.

DEPARTMENT OF HEALTH AND
HUMAN SERVICES, et al.
            *Appellees*.

Nos. 25-11927; 25-12095

## CERTIFICATE OF INTERESTED PERSONS AND
## CORPORATE DISCLOSURE STATEMENT

Appellants State of Florida, Florida Department of Management Services, Florida Agency for Health Care Administration, and Catholic Medical Association, file this Certificate of Interested Persons and Corporate Disclosure Statement pursuant to Eleventh Circuit Rules 26.1-1 through 26.1-3.

No publicly traded company has an interest in the outcome of this appeal. The following individuals and entities may have an interest in the outcome of this case:

*State of Florida, et al. v. Department of Health and Human Services,* Nos. 25-11927; 25-12095

    Alliance Defending Freedom

    Akey, Angeli Maun, of Gainesville, Florida

    Blake, Julie Marie, Alliance Defending Freedom

    Bowman, Matthew, Alliance Defending Freedom

    Boyden Gray PLLC

    Catholic Medical Association

    Centers for Medicare and Medicaid Services

    Conde, James Ryan, Boyden Gray PLLC

    Cortman, David Andrew, Alliance Defending Freedom

    Department of Health and Human Services

    DeSousa, Jeffrey DeSousa, Florida Attorney General's Office

    Florida

    Florida Agency for Health Care Administration

    Florida Department of Management Services

    Florida Attorney General's Office

    Holland, Liam C., U.S. Department of Justice

    Huang, Allen L., Florida Attorney General's Office

    Jung, William Frederic, U.S. District Judge

    Kaiser, Rachel T., of Nashville, Tennessee

*State of Florida, et al. v. Department of Health and Human Services*, Nos. 25-11927; 25-12095

Kehoe, Gregory W., U.S. Attorney for the Middle District of Florida

Kennedy, Jr., Robert F., Secretary, Department of Health and Human Services

Larson, Kristen, Florida Department of Management Services

McCotter, R. Trent, Boyden Gray PLLC

Oz, Mehmet Administrator, Centers for Medicare and Medicaid Services

Parker, Michael S. of Mansfield, Ohio

Pope, Allison Holly, Alliance Defending Freedom

Sheeran, Andrew, Florida Agency for Healthcare Administration

Sherwood, Zachary, U.S. Department of Justice

Stannard, Paula M., Director, Office for Civil Rights, Department of Health and Human Services

Uthmeier, James, Florida Attorney General

Van Meter, Quentin L. of Atlanta, Georgia

*State of Florida, et al. v. Department of Health and Human Services,*
Nos. 25-11927; 25-12095

Respectfully submitted,

| | |
|---|---|
| JAMES UTHMEIER<br>ATTORNEY GENERAL | /s/ JAMES R. CONDE<br>R. TRENT MCCOTTER<br>JAMES R. CONDE* |
| JEFFREY DESOUSA<br>ACTING SOLICITOR GENERAL | Boyden Gray PLLC<br>800 Connecticut Ave NW, Suite 900<br>Washington, DC 20006 |
| /s/ ALLEN L. HUANG<br>ALLEN L. HUANG*<br>DEPUTY SOLICITOR GENERAL | (202) 955-0620<br>tmccotter@boydengray.com<br>jconde@boydengray.com |

/s/ ALLEN L. HUANG
ALLEN L. HUANG*
DEPUTY SOLICITOR GENERAL
Office of the Attorney General
The Capitol, Pl-01
Tallahassee, Florida 32399-1050
(850) 414-3300
(850) 410-2672 (fax)
Allen.Huang@myfloridalegal.com

\* *Lead Counsel*
*Counsel for Plaintiff State of Florida*

/s/ MATTHEW S. BOWMAN
MATTHEW S. BOWMAN*
Alliance Defending Freedom
440 First Street NW, Suite 600
Washington, DC 20001
(202) 393-8690
(202) 347-3622 (fax)
mbowman@ADFlegal.org

/s/ JAMES R. CONDE
R. TRENT MCCOTTER
JAMES R. CONDE*
Boyden Gray PLLC
800 Connecticut Ave NW, Suite 900
Washington, DC 20006
(202) 955-0620
tmccotter@boydengray.com
jconde@boydengray.com

\* *Lead Counsel*
*Counsel for Plaintiffs Agency for Health Care Administration & Florida Department of Management Services*

ANDREW T. SHEERAN
GENERAL COUNSEL
Agency for Health Care Administration
2727 Mahan Drive, Mail Stop #3
Tallahassee, Florida 32308
(850) 412-3670
Andrew.Sheeran@ahca.myflorida.com

*Counsel for Plaintiff Agency for Health Care Administration*

3

*State of Florida, et al. v. Department of Health and Human Services,*
Nos. 25-11927; 25-12095

<div style="display: flex;">

JULIE MARIE BLAKE
Alliance Defending Freedom
44180 Riverside Parkway
Lansdowne, Virginia 20176
(571) 707-4655
(571) 707-4790 (fax)
jblake@ADFlegal.org

DAVID A. CORTMAN
Alliance Defending Freedom
1000 Hurricane Shoals Road NE,
Suite D1100
Lawrenceville, Georgia 30043
(770) 339-0774
(770) 339-6744 (fax)
dcortman@ADFlegal.org

*\* Lead Counsel*
*Counsel for Plaintiff Catholic Medical Association*

KRISTEN LARSON
GENERAL COUNSEL
Florida Department of Management Services
4050 Esplanade Way
Tallahassee, Florida 32399
(850) 922-2137
Kristen.Larson@dms.fl.gov

*Counsel for Plaintiff Florida Department of Management Services*

</div>

June 23, 2025

*State of Florida, et al. v. Department of Health and Human Services,* Nos. 25-11927; 25-12095

## CERTIFICATE OF SERVICE

I hereby certify that on June 23, 2025, I electronically filed the foregoing document with the Clerk of this Court by using the CM/ECF system, which will serve all parties automatically.

Dated: June 23, 2025 /s/ James R. Conde
James R. Conde