In the

# United States Court of Appeals

## For the Eleventh Circuit

---

No. 25-12095

---

STATE OF FLORIDA,
FLORIDA AGENCY FOR HEALTH CARE ADMINISTRATION,
FLORIDA DEPARTMENT OF MANAGEMENT SERVICES,
CATHOLIC MEDICAL ASSOCIATION,
on behalf of its current and future members,

*Plaintiffs-Appellants,*

*versus*

DEPARTMENT OF HEALTH AND HUMAN SERVICES,
SECRETARY, DEPARTMENT OF HEALTH AND HUMAN SERVICES,
in his official capacity,
DIRECTOR, OFFICE FOR CIVIL RIGHTS,
in her official capacity,
CENTERS FOR MEDICARE AND MEDICAID SERVICES,
ADMINISTRATOR, CENTERS FOR MEDICARE AND MEDICAID SERVICES,

*Defendants-Appellees.*

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 8:24-cv-01080-WFJ-TGW

Before ROSENBAUM, JILL PRYOR, and GRANT, Circuit Judges.

PER CURIAM:

The Petition for Panel Rehearing filed by Florida Agency for Health Care Administration and Florida Department of Management Services is DENIED.